UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MIKE Y. HALAWANI,

    Plaintiff,

v.                                                Case No. 2:07-cv-233
                                                HON. R. ALLAN EDGAR

PATRICIA CARUSO, et. al.,

    Defendants.
_____/

**ORDER**

    Plaintiff Mike Y. Halawani brings this *pro se* civil rights action under 42 U.S.C. § 1983. On April 15, 2008, Magistrate Judge Timothy P. Greeley submitted his report and recommendation [Doc. No. 41] pursuant to 28 U.S.C. § 636(b)(1)(B) and W.D. Mich. LCivR 72.1(c). It is recommended that the plaintiff's entire complaint be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. Plaintiff has failed to keep this Court apprised of his current mailing address. The Clerk of the District Court attempted to mail three letters to plaintiff Halawani at his last known address with the Michigan Department of Corrections but the mail has been returned by the United States Postal Service showing that plaintiff Halawani has been paroled and left no forwarding address. [Doc. Nos. 26, 40, 42].

    After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR

72.3(b).  Accordingly, the plaintiff's entire complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

SO ORDERED.

Date: May 11, 2009.

                         */s/ R. Allan Edgar*
                         R. ALLAN EDGAR
                         UNITED STATES DISTRICT JUDGE